# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                          §
                                                §
KOULIANOS, MICHAEL T                            §        Case No. 10-14056
                                                §
                              Debtor(s)          §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/31/2010 . The undersigned trustee was appointed on 04/01/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized gross receipts of                 $        40,239.40

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 10,716.85 |
| Bank service fees | 357.21 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]           $        29,165.34

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  02/15/2011  and the deadline for filing governmental claims was  02/05/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,773.94 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,773.94 , for a total compensation of $ 4,773.94 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 96.00 , for total expenses of $ 96.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 07/11/2012 _____   By:/s/MICHAEL G. BERLAND _____
                                                Trustee



STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit A

| Case No: | 10-14056 | BL | Judge: Bruce W. Black |
| Case Name: | KOULIANOS, MICHAEL T | | |

For Period Ending: 07/11/12

| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 03/31/10 (f) |
| 341(a) Meeting Date: | 05/13/10 |
| Claims Bar Date: | 02/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3623 Caine, Naperville-scheduled | 420,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account-TCF | 2,800.00 | 0.00 | DA | 0.00 | FA |
| 3. Household goods-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Clothing-scheduled | 400.00 | 0.00 | DA | 0.00 | FA |
| 5. Wedding ring-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Term life insurance-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. 401k-scheduled | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 8. $62,000 bonus-scheduled | 62,000.00 | 0.00 | | 40,232.82 | FA |
| 9. 2009 Nissan Murano-scheduled | 28,350.00 | 0.00 | DA | 0.00 | FA |
| 10. 1999 toyot sienna-scheduled | 3,375.00 | 0.00 | DA | 0.00 | FA |
| 11. 2007 Nissan Versa-scheduled | 11,500.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.58 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $542,425.00 | $0.00 | | $40,239.40 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee hired special cunsel in connection with a bonus received by the debtor, which was claimed by his former
spouse. Other possible assets are being investigated..

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    1

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-14056 -BL | |
| Case Name: | KOULIANOS, MICHAEL T | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******2365  Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******8888 |
| For Period Ending: | 07/11/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/18/10 | 8 | Edward Jaquays Trust Account | Payment of bonus monies from Mrs.Koulianos attorneys DEPOSIT CHECK #3794 | 1129-000 | 40,232.82 | | 40,232.82 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.00 | | 40,233.82 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.33 | | 40,234.15 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.34 | | 40,234.49 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.33 | | 40,234.82 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.34 | | 40,235.16 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.34 | | 40,235.50 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.30 | | 40,235.80 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.34 | | 40,236.14 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.33 | | 40,236.47 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.34 | | 40,236.81 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.33 | | 40,237.14 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.34 | | 40,237.48 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.34 | | 40,237.82 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 93.70 | 40,144.12 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -68.70 | 40,212.82 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.33 | | 40,213.15 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.60 | 40,130.55 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.34 | | 40,130.89 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 79.71 | 40,051.18 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.32 | | 40,051.50 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 87.79 | 39,963.71 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.33 | | 39,964.04 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.11 | 39,881.93 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.26 | | 39,882.19 |
| 01/25/12 | | Transfer to Acct #*******5296 | Bank Funds Transfer | 9999-000 | | 39,882.19 | 0.00 |
| | | | Page Subtotals | | 40,239.40 | 40,239.40 | |

LFORM24  UST Form 101-7-TFR (5/1/2011) (Page: 4)

Ver: 16.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-14056 -BL | |
| Case Name: | KOULIANOS, MICHAEL T | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******2365  Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******8888 |
| For Period Ending: | 07/11/12 |

| | | |
|---|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 40,239.40 | 40,239.40 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 39,882.19 | |
| | | | Subtotal | | 40,239.40 | 357.21 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 40,239.40 | 357.21 | |

Page Subtotals                              0.00                    0.00

Ver: 16.06b

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-14056 -BL | |
| Case Name: | KOULIANOS, MICHAEL T | |

| | |
|---|---|
| Taxpayer ID No: | *******8888 |
| For Period Ending: | 07/11/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******2366  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  | Deposits ($) | Disbursements ($) | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit B

| | |
|---|---|
| Case No: | 10-14056 -BL |
| Case Name: | KOULIANOS, MICHAEL T |
| | |
| Taxpayer ID No: | *******8888 |
| For Period Ending: | 07/11/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5296  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******2365 | Bank Funds Transfer | 9999-000 | 39,882.19 | | 39,882.19 |
| 05/15/12 | 001001 | Grochocinski, Grochocinski & Lloyd | Payment of attorneys fee per court order | 3210-000 | | 10,452.50 | 29,429.69 |
| 05/15/12 | 001002 | Grochocinski, Grochocinski & Lloyd | Payment of attonrey expenses per court order | 3220-000 | | 264.35 | 29,165.34 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 39,882.19 | 10,716.85 | 29,165.34 |
| Less:  Bank Transfers/CD's | 39,882.19 | 0.00 | |
| Subtotal | 0.00 | 10,716.85 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 10,716.85 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******2365 | 40,239.40 | 357.21 | 0.00 |
| Checking Account - *******2366 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******5296 | 0.00 | 10,716.85 | 29,165.34 |
| | ---------------- | ---------------- | ---------------- |
| | 40,239.40 | 11,074.06 | 29,165.34 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | |
|---|---|---|---|
| Page Subtotals | | 39,882.19 | 10,716.85 |

Ver: 16.06b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 11, 2012 |

| Case Number: | 10-14056 | Claim Class Sequence | | | | |
| Debtor Name: | KOULIANOS, MICHAEL T | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005A<br>040<br>5800-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $5,919.72 | $5,919.72 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $7,472.21 | $7,472.21 |
| 000002<br>070<br>7100-00 | Institute for Personal Dev<br>Cda/pontiac<br>Attn: Bankruptcy<br>POB 213<br>Streator, Il 61364-0213 | Unsecured | | $0.00 | $260.00 | $260.00 |
| 000003<br>070<br>7100-00 | Dr Kevin Eshmeyer<br>1825 Wheril Rd<br>Naperville, IL 60565 | Unsecured | | $0.00 | $2,981.38 | $2,981.38 |
| 000004<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $1,564.43 | $1,564.43 |
| 000005B<br>070<br>7100-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $345.20 | $345.20 |
| 000006<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $3,405.82 | $3,405.82 |
| 000007<br>070<br>7100-00 | Kuhn Mitchell Moss Mork &<br>Lechowicz, LLC<br>William D. Cherny<br>111 E. Jefferson Ave.<br>Naperville, IL 60540 | Unsecured | | $0.00 | $10,404.65 | $10,404.65 |
| | Case Totals: | | | $0.00 | $32,353.41 | $32,353.41 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-14056
Case Name: KOULIANOS, MICHAEL T
Trustee Name: MICHAEL G. BERLAND

Balance on hand                                    $              29,165.34

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $        4,773.94 | $              0.00 | $        4,773.94 |
| Trustee Expenses: MICHAEL G. BERLAND | $          96.00 | $              0.00 | $          96.00 |

Total to be paid for chapter 7 administrative expenses        $        4,869.94

Remaining Balance                                              $       24,295.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,919.72  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | $ 5,919.72 | $ 0.00 | $ 5,919.72 |

Total to be paid to priority creditors       $       5,919.72

Remaining Balance       $       18,375.68

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,433.69  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 69.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 7,472.21 | $ 0.00 | $ 5,194.39 |
| 000002 | Institute for Personal Dev<br>Cda/pontiac<br>Attn: Bankruptcy<br>POB 213<br>Streator, Il 61364-0213 | $ 260.00 | $ 0.00 | $ 180.74 |
| 000003 | Dr Kevin Eshmeyer<br>1825 Wheril Rd<br>Naperville, IL 60565 | $ 2,981.38 | $ 0.00 | $ 2,072.54 |
| 000004 | American Express<br>Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 1,564.43 | $ 0.00 | $ 1,087.53 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005B | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | $       345.20 | $       0.00 | $       239.97 |
| 000006 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $     3,405.82 | $       0.00 | $     2,367.59 |
| 000007 | Kuhn Mitchell Moss Mork & Lechowicz, LLC William D. Cherny 111 E. Jefferson Ave. Naperville, IL 60540 | $    10,404.65 | $       0.00 | $     7,232.92 |

Total to be paid to timely general unsecured creditors          $          18,375.68

Remaining Balance          $          0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE