UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KOULIANOS, MICHAEL T § Case No. 10-14056
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 09/28/2012 in Courtroom 201,
Will County Court Annex Building
57 N. Ottawa Street, Suite 201, Joliet, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/28/2012         By: /s/ Michael G. Berland
                                              Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
KOULIANOS, MICHAEL T § Case No. 10-14056
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 40,239.40 |
| and approved disbursements of | $ 11,074.06 |
| leaving a balance on hand of[1] | $ 29,165.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 4,773.94 | $ 0.00 | $ 4,773.94 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 96.00 | $ 0.00 | $ 96.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,869.94 |
| Remaining Balance | | $ | 24,295.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,919.72 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | $ 5,919.72 | $ 0.00 | $ 5,919.72 |
| | Total to be paid to priority creditors | | | $ 5,919.72 |
| | Remaining Balance | | | $ 18,375.68 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,433.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 69.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 7,472.21 | $ 0.00 | $ 5,194.39 |
| 000002 | Institute for Personal Dev<br>Cda/pontiac<br>Attn: Bankruptcy<br>POB 213<br>Streator, Il 61364-0213 | $ 260.00 | $ 0.00 | $ 180.74 |
| 000003 | Dr Kevin Eshmeyer<br>1825 Wheril Rd<br>Naperville, IL 60565 | $ 2,981.38 | $ 0.00 | $ 2,072.54 |
| 000004 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 1,564.43 | $ 0.00 | $ 1,087.53 |

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005B | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | $ 345.20 | $ 0.00 | $ 239.97 |
| 000006 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 3,405.82 | $ 0.00 | $ 2,367.59 |
| 000007 | Kuhn Mitchell Moss Mork &<br>Lechowicz, LLC<br>William D. Cherny<br>111 E. Jefferson Ave.<br>Naperville, IL 60540 | $ 10,404.65 | $ 0.00 | $ 7,232.92 |

Total to be paid to timely general unsecured creditors         $         18,375.68

Remaining Balance                                             $              0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                                                Trustee

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                             Case No. 10-14056-BWB
Michael T Koulianos                                                Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: csimmons              Page 1 of 3         Date Rcvd: Aug 29, 2012
                              Form ID: pdf006             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2012.
db           +Michael T Koulianos,    4240 Shady Trail Ct.,    Apt. 210,    Naperville, IL 60564-4225
15343750     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
16673278      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15543642     +Arnold Scott Harris PC,    222 Merchandise Mart Ste 1932,    Chicago, IL 60654-1420
15343751      Bank Of America,    4060 Ogletown/Stan,    Newark, DE 19713
15878419     +Bishop, Rossi & Laforte LTD,    Two Transam Plaza Ste 200,    Villa Park, IL 60181-4296
15343752    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
15343753     +Cda/pontiac,    Attn: Bankruptcy,    Po Box 213,    Sreator, IL 61364-0213
15343754     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15343755     +Citibank Na,    Attn.:  Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15543643     +City of Chicago,    dept of revenue,    121 N LaSalle Street #107,    Chicago, IL 60602-1232
15543645      Dr Kevin Eshmeyer,    1825 Wheril Rd,    Naperville, IL 60565
15543646     +Dupage Valley Anestesiologist,    185 Penny Ave,    Dundee, IL 60118-1455
15543647     +Edward Hospital,    PO Box 4207,    Carol Stream, IL 60197-4207
15343757     +Ffcc-columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
15343760     +Hsbc/rs,    Hsbc Retail Services Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
15343761     +Hsbc/rs,    Attn: Bankruptcy,    961 Weigel Dr,    Elmhurst, IL 60126-1029
16561853      Institute for Personal Dev,    Cda/pontiac,    Attn: Bankruptcy,    POB 213,
               Streator, Il 61364-0213
18781963     +Kuhn Mitchell Mork & Lechowicz, LLC,    111 E Jefferson Ave.,    Naperville, IL 60540-4791
15543644     +Kuhn Mitchell Moss Mork &,    Lechowicz, LLC,    William D. Cherny,    111 E. Jefferson Ave.,
               Naperville, IL 60540-4791
15343762     +Merchants Credit Guide,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6974
15343763     +Nick Koulianos,    3623 Caine Dr.,    Naperville, IL 60564-5162
15343765     +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
15543648     +Penn Credit Corporation,    PO Box 988,    Harrisburg, PA 17108-0988
15543649      Premium Credit Corp,    Po box 750,    Scottsdale, AZ 85252
15343766     +Provident Funding Asso,    1235 N Dutton Ave,    Santa Rosa, CA 95401-4642
15543650     +RCS,    PO Box 7229,    Westchester, IL 60154-7229
15878421     +Safeguard,    3015 E New york Street Ste A2-286,    Aurora, IL 60504-5162
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16444520      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 30 2012 03:33:37     Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
15343756     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 30 2012 03:33:37     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
16782598      E-mail/PDF: rmscedi@recoverycorp.com Aug 30 2012 03:41:38     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15343758     +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2012 03:34:02     Gemb/care Credit,    Po Box 981439,
               El Paso, TX 79998-1439
15343759     +E-mail/Text: bankruptcy@gsb.com Aug 30 2012 02:49:40     Glenview State Bank,    800 Waukegan Rd,
               Glenview, IL 60025-4310
15878420      E-mail/Text: cio.bncmail@irs.gov Aug 30 2012 01:37:10     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
15343764     +E-mail/Text: bankrup@nicor.com Aug 30 2012 01:43:42     Nicor Gas,
               Attention:  Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15343749      a;lksd
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: csimmons              Page 2 of 3              Date Rcvd: Aug 29, 2012
                              Form ID: pdf006             Total Noticed: 35

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 31, 2012**         **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: csimmons              Page 3 of 3            Date Rcvd: Aug 29, 2012
                              Form ID: pdf006             Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2012 at the address(es) listed below:

```
          Amy L Melton    on behalf of Interested Party   The Law Offices Of Edward R. Jaquays
           amy@jaquayslawoffices.com
          David P Lloyd    on behalf of Trustee Michael Berland courtdocs@davidlloydlaw.com
          Donald L. Newman    on behalf of Creditor   Glenview State Bank dnewmanassoc@yahoo.com,
           dnewmanassoc@yahoo.com
          John P Carlin    on behalf of Debtor Michael Koulianos jcarlin@changandcarlin.com,
           krottman@changandcarlin.com
          Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor   Provident Funding Associates, L.P. ND-Two@il.cslegal.com
                                                                                             TOTAL: 7
```